UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-01292-EWN-KLM

LISA MARTIN,

    Plaintiff,

v.

BOARD OF COMMISSIONERS OF GARFIELD COUNTY;
LOU VALLARIO, in his official capacity; and
SCOTT DAWSON, in his official capacity and in his individual capacity.

    Defendants.

## ORDER RE: MOTION TO DISMISS AND REQUEST FOR REMAND

This matter comes before the Court upon the Parties' Motion to Dismiss and Request for Remand. The Court, having reviewed the Motion and being fully advised, finds that good cause exists for granting the relief requested as follows:

1. All claims of the Complaint as stated against the Defendant Board of Commissioners of Garfield County are dismissed with prejudice;

2. The Ninth Claim for Relief-Title VII as stated in the Complaint is dismissed with prejudice;

3. The Tenth Claim for Relief-Title 42 U.S.C. § 1983, as stated in the Complaint is dismissed with prejudice;

4. The First Claim for Relief-Wrongful Discharge In Retaliation as stated in the Complaint is dismissed with prejudice;

5. The Sixth Claim For Relief-Civil Conspiracy as stated in the Complaint is dismissed with prejudice;

6. The Seventh Claim for Relief-Intentional Infliction of Emotion Distress-Outrageous Conduct as stated in the Complaint is dismissed with prejudice; and

7. The Eighth Claim for Relief-Negligent Infliction of Emotional Distress as against Lou Vallario as stated in the Complaint is dismissed with prejudice.

IT IS THEREFORE ORDERED that the Motion is granted and this matter is remanded to the Garfield County District Court, State of Colorado, to hear the remainder of the state claims pending between the parties, each party to pay their own costs and attorney fees, and for all other and further relief as this Court deems just and appropriate.

DATED this 18th day of July, 2008.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge